**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6605**

---

NEHEMIAS SAMAYOA,

        Petitioner - Appellant,

    v.

WARDEN L. KELLY,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-hc-02042-D)

---

Submitted:  September 30, 2024             Decided:  November 13, 2024

---

Before NIEMEYER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Nehemias Samayoa, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nehemias Samayoa, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence, as well as the order denying reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Samayoa v. Kelly*, No. 5:22-hc-02042-D (E.D.N.C. Feb. 2 & June 7, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*